1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  STEVEN JONES,
11            Plaintiff,                    No. CIV S-09-1373 GGH P
12       vs.
13  CHRISTOPHER JENKINS, et al.,
14            Defendants.                   ORDER
15  _____/
16          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42
17  U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.
18  § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.
19  § 636(b)(1).
20          Plaintiff has submitted a declaration that makes the showing required by 28
21  U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.
22          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28
23  U.S.C. § 1914(a), 1915(b)(1).  Plaintiff has been without funds for six months and is currently
24  without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C.
25  § 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty percent of the preceding
26  month's income credited to plaintiff's prison trust account.  These payments shall be collected

1  and forwarded by the appropriate agency to the Clerk of the Court each time the amount in
2  plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.
3  § 1915(b)(2).
4         The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983
5  and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a
6  reasonable opportunity to prevail on the merits of this action.
7         Plaintiff has requested the appointment of counsel.  The United States Supreme
8  Court has ruled that district courts lack authority to require counsel to represent indigent
9  prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In
10 certain exceptional circumstances, the court may request the voluntary assistance of counsel
11 pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);
12 Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court
13 does not find the required exceptional circumstances.  Plaintiff's request for the appointment of
14 counsel will therefore be denied.
15        In accordance with the above, IT IS HEREBY ORDERED that:
16        1. Plaintiff's request for leave to proceed in forma pauperis is granted.
17        2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
18 The fee shall be collected and paid in accordance with this court's order to the Director of the
19 California Department of Corrections and Rehabilitation filed concurrently herewith.
20        3. Service is appropriate for the following defendants: Sergeant (Sgt.) Christopher
21 Jenkins; Sgt. Bryan Colvin; Correctional Officer Elijah Coran.
22        4. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, one
23 summons, an instruction sheet and a copy of the complaint filed May 18, 2009.
24        5. Within thirty days from the date of this order, plaintiff shall complete the
25 attached Notice of Submission of Documents and submit the following documents to the court:
26        a. The completed Notice of Submission of Documents;

        b.  One completed summons;

        c.  One completed USM-285 form for each defendant listed in number 3 above; and

        d.  Four (4) copies of the endorsed complaint filed May 18, 2009.

6. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

7. Plaintiff's May 18, 2009, request for the appointment of counsel (Docket No. 3) is denied.

DATED: June 9, 2009

        /s/ Gregory G. Hollows

        UNITED STATES MAGISTRATE JUDGE

GGH:009
jone1373.1+

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN JONES,

        Plaintiff,                    No. CIV S-09-1373 GGH P

    vs.

CHRISTOPHER JENKINS, et al.,

                               NOTICE OF SUBMISSION

        Defendants.             OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__    completed summons form

      __3__    completed USM-285 forms

      __4__    copies of the  May 18, 2009

                      Complaint

DATED:

                                     _____
                                     Plaintiff