IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN JONES,

      Plaintiff,                       No. CIV S-09-1373 GGH P

      vs.

CHRISTOPHER JENKINS, et al.,

      Defendants.                ORDER

_____/

      On May 27, 2009, plaintiff filed his consent to the jurisdiction of the undersigned (docket #5).  By an order filed June 10, 2009, this court ordered plaintiff to complete the USM-285 forms and the summons and, along with copies of the May 18, 2009, complaint, to return to these documents to the court, in order that service upon defendants could be effected. That thirty-day period has since passed, and plaintiff has not responded in any way to the court's order.

      IT IS HEREBY ORDERED that this action is dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 41(b).

DATED: August 19, 2009                       /s/ Gregory G. Hollows

                                                  UNITED STATES MAGISTRATE JUDGE

GGH:035
jone1373.fusm

1