IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN JONES,

       Plaintiff,                  No. 2:09-cv-1373 GEB AC P

    vs.

CHRISTOPHER JENKINS, et al.,

       Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action seeking relief pursuant to 42 U.S.C. § 1983. By order filed on December 5, 2012, defendant Sgt. Christopher Jenkins was ordered, within fourteen days, to pay the United States Marshal the sum of $139.68 absent a written statement showing good cause for his failure to waive service. Defendant Jenkins has failed to provide any such statement and the time for doing so has expired.

        Accordingly, IT IS ORDERED that:

        1. The U. S. Marshal's request for reimbursement of costs, filed on Nov. 20, 2012 (Doc. No. 24), pursuant to Fed. R. Civ. P. 4(d) 2, in the amount of $139.68 for effecting personal service upon defendant Christopher Jenkins, is hereby granted and defendant Jenkins

1

must, if he has not done so, forward such payment to the U.S. Marshal's office forthwith.

        2. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal.

DATED: January 4, 2013.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
jone1373.ord3